*(Rev. 5/1/13)*

RECEIVED

SEP 1 3 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Christopher Solomon _____

Plaintiff

Prisoner # 623751 _____

VS.

Jerry Goodwin, Bruce Solomon,
Pamela Hearn, Sandra Robinson

Defendant

Civil Action No. __5:19-cv-1214__ SEC. P

Judge _____

Magistrate Judge _____

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

## I.   Previous Lawsuits

a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [  ]    No [✓]

b.   If your answer to the preceding question is "Yes," provide the following information.

1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

_____

_____

2.   Name the parties to the previous lawsuit(s):

Plaintiffs: _____

Defendants: _____

3.   Docket number(s): _____

4.   Date(s) on which each lawsuit was filed: _____

5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

_____

Page 1 of 4

*(Rev. 5/1/13)*

c.    Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐    No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.**    **a.**    **Name of institution and address of current place of confinement:**

David Wade Correctional Center, 670 Bell Hill Rd, Homer, LA 71040

b.    Is there a prison grievance procedure in this institution?

Yes ☑    No ☐

1.    Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☑    No ☐

2.    If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3.    If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

I exhausted all the Steps in The LA. Dept. of. Corrections grievance System and was denied.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**    **Parties to Current Lawsuit:**

a.    Plaintiff, Christopher Solomon

Address 670 Bell Hill Rd. Homer, LA 71040

*(Rev. 5/1/13)*

b.    Defendant, Pamela Hearn , is employed as

Doctor at David Wade Connectional Center

Defendant, Jenny Goodwin , is employed as

Warden at David Wade Connectional Center.

Defendant, Bruce Soloman , is employed as

Connectional CAPtain at David wade Connectional Center.

Additional defendants, ~~PiN at~~

~~Sandra Robinson - LPN at David Wade Connectional center.~~

## IV.    Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

Please See Attached ((IV Statement of Claim)).

*(Rev. 5/1/13)*

**V.   Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

Please See "Attached" ((IV Statement of Claims)) Suh Section (( VI prayer for Relief)).

**VI.   Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___1___ day of September , 20 19 .

#C23751

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

C. Sermon

**Signature of Plaintiff**

Page 1         "Attached"        ((IV Statement of Claims))

## I. Jurisdiction & Venue

(1) This is a Civil action authorized by 42 U.S.C Section 1983 to redness the deprivation, under color of State Law, of Rights Secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (A)(3). Plaintiff Solomon Seeks nominal and Compensatory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Solomon's Claims for injunctive Relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

(2) The Western District of Louisiana is the appropiate Venue under 28 U.S.C. Section 1391 (B)(2) because it is where the events giving Rise to this Claim occured.

## II. Plaintiffs

(3) Plaintiff Christopher Solomon, is and was at all times mentioned herein a prisoner of the LA. DepT. OF. Connections. I am currently Confined in David Wade Connectional Center, in Homer, LA.

## III. DEFENDANTS

(4) Defendant Jerry Goodwin is the Warden of David Wade Connectional Center. He is legally Responsible for the operation of David Wade connectional Center and for the welfare of all the inmates at that prison.

Page 2        "Attached"        (( IV Statement OF Claims Cont'd ))

(5)   Defendant Pamela Heann is a Medical Doctor at
David Wade Connectional Center. She is legally responsible
for the medical Coditions of offenders at David wade
Connectional center, at all times mentioned in this complaint,
held the position of Medical Doctor for David wade Connectional
Center, which is a unit of the LA. DepT. OF. Connections.

(6)   Defendant Sandra Robinson is a LPN at David wade
Connectional Center. She is legally Responsible for medical
Coditions of offenders at David Wade Connectional Center, at
all times mentioned in this Complaint, held the position OF
a LPN at David Wade Connectional Center, which is a unit
OF the LA. DePT. OF. Connections,

(7)  Defendant Bruce Solomon is a Connectional officer of the
LA. DePT. OF. Connections who, at all times mentioned in this
Complaint, held the Rank OF CAPtain and was assigned
to David Wade Connectional Center.

(8)  Each defendant is Sued individually and in his official Capacity.
At all times mentioned in this Complaint each defendant acted under
Color of State Law.

Page 3           "Attached"         (( IV Statement of Claims cont'd ))

# IV. Facts

⑨  The events of my Claims arose, at David Wade Correctional Center, which is a unit of the LA. Dept. of. Corrections, located in Homer, LA 71040.

⑩  The events of my Claims arose on April 28, 2019 in the official Custody of David Wade Correctional Center.

⑪  On the date of April 28, 2019 I, Plaintiff, Christophen Solomon was being escorted to N-4 A-tien Shower from my Cell (( cell 12)) on N-4 A-tien.

⑫  I, Plaintiff, Christophen Solomon was being escorted to N-4 A-tien Shower by Correctional officer Captain, Bruce Solomon, who is a defendent also, by Sergeant Ward.

⑬  Being that I was housed in Cell-12 on N-4 A-tien and Showers Started from Cell-16 on N-4-A-tien I, Plaintiff, Christophen Solomon was fourth for Showers that night.

⑭  I, Plaintiff, Christophen Solomon is currently on extended lock down (( Maxium Security offender)) I, per policy have to be escorted in and out my Cell in full Restraints (( Hand cuffs and Shackles)).

Page 4         "Attached"   CC IV Statement of Claims cont'd))

(15) I, Plaintiff, Christophen Solomon was escorted to N-4 A-tien Shower in full nestraints by Captain Bruce Solomon and SgT. WARd.

(16) upon finishing my Shower Captain Bruce Solomon and SgT. WARd, came to escont me back to my cell ((cell-12)), I was hand cuffed but not shackled by CAPtain Bruce Solomon and SgT. WaRd.

(17) once I stepped out the Shower and off the rubber Shower mat I, Plaintiff, Christophen Solomon slipped in fell and Injured my lower Back on the water that had accumalated in front of the Shower.

(18) Captain Bruce Solomon notified medical and I was brought off the tien on a Stretcher into the Lobby.

(19) I, Plaintiff, Christophen Solomon was unable to walk because I was in somuch pain; instead of being Seen by a Doctor on Sent to emengency noom, I was nolled back to my cell and thrown in my ▮▮▮ Bunk while still unable to walk.

(20) The whole night of 4-28-19 I, Plaintiff, Christophen Solomon Stayed in my Bunk in pain unable to move, left unattended by medical and Security.

Page 5          "Attached"      (( IV Statements of Claims Cont'd ))

(21) The floor in front of the Shower is always wet during and after Showers until 1:00 AM every night when the orderly comes to mop and clean the tiers.

(22) Their are no wet floor warning Signs or wet floor warnings painted on the walls, even to this day of this complaint which, is 8-21-19 there aren't any warnings.

(23) Warden Jerry Goodwin is legally responsible for all offenders at David Wade Correctional Center he, also is the Overall enforcer of all David Wade Correctional Center policy's.

(24) CAPtain Bruce Solomon is a Supervisor over all ranks below CAPtain, when working N-4 unit it is his legal responsibility to make sure every thing is done per policy and to ensure the Safety of each offender.

(25) Due to lack of Attention and care I, Plaintiff, Solomon was allowed to Injury by the excess water that had accumulated in front of N-4 A-tier Shower.

(26) On the date of 5-2-2019 I, Plaintiff, Christopher Solomon was brought to medical to be Seen by Dr. Pamela Hearn.

Page 6          "Attached"     (( IV Statement of Claims cont'd ))

(27) On the date of 5-2-2019 Dr. Pamela Hearn, said, "She can see where I had bruising but as long as I wasn't paralyzed, that I would be okay."

(28) I, Plaintiff, Christopher Solomon informed ▇▇ Dr. Pamela Hearn that I was having extreme pain in my lower back.

(29) While being checked on by Dr. Pamela Hearn She, could see how I was walking and how I couldn't Stand straight up.

(30) I, Plaintiff, Christopher Solomon asked Dr. Pamela Hearn for X-rays on a MRI, I was denied by Dr. Pamela Hearn.

(31) After seeing Dr. Pamela Hearn I filled out Sick calls concerning my lower back pain on the dates of 5-10-19, 5-13-19, 5-22-19 5-27-19, 6-5-19, 6-7-19, 6-14-19, 6-17-19, 6-29-19, 7-1-19, 7-19-19 and 8-21-19, nothing has been done at all, I haven't talked to Dr. Pamela Hearn since 5-2-19.

(32) LPN Sandra Robinson has seen me on alot of my Sick calls and she has told me I'm a faker and Sometimes doesn't even come check on me but my money is still deducted.

Page 7          "Attached"      CC IV Statement of Claims cont'd ))

(33) I, Plaintiff, Christopher Solomon was put on Policy 34 which takes all your belongings in clothing including mattress and was left to Sleep on Concrete until I recieved my mattness back which most nights would be 11:00 pm and give my mattness back up at 0500 every morning.

(34) Policy 34 is a Policy Warden Goodwin enforces daily.

(35) I wrote medical and Warden Goodwin informing them of my lower back pain and how policy 34 was making my coditions worse, nothing was done.

(36) I, Plaintiff, Christopher Solomon told LPN. Sandra Robinson about how policy 34 was messing my back up worse than it already was, I was told by LPN. Sandra robinson "that this was prison to get use to it".

(37) The coditions dealing with my lower back are still very painful, everyday is so hard especially without a mat to lay on I have to lay on Concrete which brings great Suffering to me.

(38) I am on Isolation til Sometime next year which means for the next 7 or 8 months I will be without my mattness all day.

Page 8          "Attached"        (( IV Statement of Claims cont'd ))

(39)  I have exhausted every remedy the L.A. Dept. of. Connections has and I have been denied each step of the way. (( Please See "Attached A.n.p.s".

(40)  My coditions continue to worsen due to my treatment here at David Wade Connectional Center.

(41)  Due to lack of Attention that a ordinary person would show,by, David Wade's Connectional officers, I, Plaintiff, Christopher Solomon was Subjected to Harsh Eoditions that Caused Injury to me.

(42)  Due to medical Indifference by David wade's medical Staff I have and still is Suffering great pain without any help or relief.

(43)  Due to poor over sight of operations I have been Subjected to Injury and poor treatment at David wade.

(44)  You can refer to documents, Affidavits, and other materials that I have attached to the Back of my complaint as "exhibits" in Support of my Complaint. Each document or group of documents will have it's own letter: "Exhibit A," "Exhibit B" Etc.

## V. Legal Claims

(45)  I, Plaintiff, Christopher Solomon Reallege and incorporate by Reference Paragraphs 1-44.

Page 9                "Attached" CC IV Statement OF Claims  Cont'd ))

(46) The deliberate indifference to medical needs, unsafe conditions, inhumane treatment, Violated I, plaintiff, Christopher Solomon's Right's and Constituted Cruel and unusual Punishment under the Eighth Amendment of the United States Constitution.

(47) I, plaintiff, Christopher Solomon has no plain, adequate or complete Remedy at Law to redress the wrongs described herein. I, Plaintiff, Christopher Solomon has been and will Continue to be irreparably injured by the conduct of the defendants unless the court grants the nominal, compensatory and injunctive relief which I, plaintiff, Christopher Solomon seeks.

## VI. PRAYER FOR Relief

Where fore, I, Plaintiff, Christopher Solomon respectfully prays that this Court enters Judgement granting I, Plaintiff, Christopher Solomon:

(48) A declaration that the acts and omission's described herein Violated plaintiff's Right's under the Constitution and laws of the United States.

(49) A preliminary and permanent injunction ordering defendant Jerry Goodwin to Stop policy 34 because it is Cruel and unusual and without due process, it also brings Pain and suffering to me due to the extreme Stress the Conditions Put on me.

Page 10          "Attached"          (( Statement of Claims cont'd ))

50  A preliminary and permanent injunction ordering defendants Pamela Hearn and Sandra Robinson to do their jobs in a connect and professional manner.

51  A preliminary and permanent injunction ordering defendant Jerry Goodwin to put safety and warning signs up around showers, also that he adjust the restraint policy for showers.

52  Nominal damages in the amount of $25,000 against each defendant, jointly and severally.

53  Compensatory damages in the amount of $25,000 against each defendant, jointly and severally.

54  Free from any type of retaliation due to this Civil suit.

55  A jury trial on all issue's trivable by jury.

56  Plaintiff's costs in this suit.

57  Any additional relief this court deems just, proper, and equitable.

58  Dated 9-1-19 C. Johnson
            Respectfully submitted

Page 11        "Attached" (( IV Statement of Claims )) cont'd

(59)    Christopher Solomon #623751
        David Wade Correctional Center
        670 Bell Hill Rd
        Homer, LA 71040

            (60) Verification

    I have read the foregoing complaint and hereby
Verify that the matters alleged therein are true, except
as to matters alleged on information and belief, and, as
to those, I Believe them to be true. I Certify under penalty
of perjury that the foregoing is true and correct.


Executed at David Wade Correctional Center in Homer, LA 71040 on
9-1-19


C. Solomon

Christopher Solomon
Plaintiff.